[No. 21438–1–I.   Division One.   May 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT ANDREW TEUBER, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 87–1–01757–1, Frank D. Howard, J., entered November 18, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Webster, JJ.